Haverty&Feeney

ATTORNEYS AT LAW

November 1, 2013

Mr. and Mrs. Kenneth Kaplan
73 Manomet Avenue
Hull, MA 02045

RE: William Costello & Mary Costello
v. Kenneth Kaplan & Donna Kaplan
Civil Action No.: PLCV2013-01146A
Our File No.: 7-1534

Dear Mr. and Mrs. Kaplan:

Please be advised this firm has been retained by The Narragansett Bay Insurance Company to represent you in connection with the above-entitled action. We will file an appearance and we will provide you with a defense throughout the course of this action. Of course, you may also consult with a lawyer of your own choosing at your own expense. We would be pleased to provide detailed updates to your personal counsel should you choose to do so.

During the course of this action, we will have occasion to call upon you from time to time for your assistance. This assistance will include providing us with information and materials regarding this occurrence, answering interrogatories which may be served by the plaintiff's attorney, and assisting us in preparing for and, if necessary, testifying at a possible trial of this action.

In the meantime, we request that you fill out the enclosed form, providing all information requested. If, in the future, your home or business address or telephone number should change, please notify us immediately so that we can make the appropriate notations in our file. Also, if you wish us to confer with your personal counsel, please provide is or her contact information.

We wish to remind you not to discuss this case with anyone other than myself, a representative of this firm, your private counsel, or a representative of The Narragansett Bay Insurance Company. If you should be contacted or receive any inquiries regarding this matter, please refer all such contacts or inquiries directly to this office. Please also advise as to any umbrella or excess policies that you may have that could possibly provide coverage in this matter. This is critical since notwithstanding plaintiff's claimed medical expenses and special damages, should the case reach a jury, it is

54 Samoset Street, Route 44
Plymouth, MA 02360 – 4546
Voice 508 746 6100
Fax 508 746 7067
Email info@havertyfeeney.com

possible any jury award may exceed the policy limits of your policy with The Narragansett Bay Insurance Company.

As always, should you have any questions or concerns regarding this matter at any time, please do not hesitate to contact us. Thank you for your anticipated cooperation and assistance in this matter.

Very truly yours,

HAVERTY&FEENEY

John W. Haverty

JWH:jh
Enclosure